```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: January 26, 2010
```


_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32116/0187186028

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark Tampa<br>       Debtor.<br>_____<br>Wells Fargo Bank, N.A., successor by merger from Wells Fargo Home Mortgage, Inc.<br>       Movant,<br>  vs.<br>Mark Tampa, Debtor, Jill H. Ford, Trustee.<br>       Respondents. | No. 2:09-BK-31546-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 12, 2003 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A., successor by merger from Wells Fargo Home Mortgage, Inc. is the current beneficiary and Mark Tampa has an interest in, further described as:

> LOT 186. SIGNAL BUTTE MANOR II. ACCORDING TO BOOK 539. OF MAPS. PAGE 16. RECORDS OF MARICOPA COUNTY. ARIZONA. AFFIDAVIT OF CHANGE RECORDED IN DOCUMENT NO. 00-6711 8O.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT